**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **LARRY SUDDUTH,**<br>　　　　　Petitioner,<br>　　v.<br>J. SOTO (Warden),<br>　　　　　Respondent. | No. LA CV 15-09038-VBF-RAO<br><br>**FINAL JUDGMENT** |

　　　Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the Report and Recommendation, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Dismissing the Action With Prejudice, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Larry Sudduth.**

DATED: August 12, 2016

　　　　　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE